UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:12-23804-CIV-SEITZ/SIMONTON

ARRIVALSTAR, S.A. et al.,

       Plaintiff,

v.

R & L CARRIERS, INC.,

       Defendant.
_____/

### ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal [DE-14]. Upon consideration, it is hereby

ORDERED THAT

1) This case is DISMISSED with prejudice.

2) All motions not otherwise ruled upon are DENIED as moot.

3) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 8th day of March, 2013.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record